UNITED STATES COURT OF APPEALS
FOR THE
SECOND CIRCUIT

    At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 18th day of May, two thousand and sixteen.

_____

Duncan Lawson, Jane Doe, A Minor Child, PPA Duncan Lawson,

        Plaintiffs - Appellees,

v.

Timothy Hilderbrand, Gary Hoffkins, Richard Stook, Joseph Rondini, Frederick Quezada,

        Defendants – Appellants.
_____

STATEMENT OF COSTS

Docket No. 15-653

    IT IS HEREBY ORDERED that costs are taxed in the amount of $1,368.40 in favor of the Appellants.

For the Court:

Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

CERTIFIED COPY ISSUED ON 05/18/2016